UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. v. Darren Antonio Griffin　　　　　　　　　　　　　　　　Docket No. 2:05-CR-13-1BO

### Petition for Action on Supervised Release

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Darren Antonio Griffin, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 2, 2006, to the custody of the Bureau of Prisons for a term of 150 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Darren Antonio Griffin was released from custody on April 26, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

A urine specimen collected from Griffin on September 23, 2016, was determined by laboratory analysis to be positive for marijuana. On October 3, 2016, when confronted with the results, the defendant admitted that he used marijuana approximately one week prior to September 23, 2016. Griffin also advised that he used marijuana to manage the mood swings associated with his bipolar disorder. The defendant signed a written statement admitting his drug use. Although Griffin agreed to undergo a substance abuse assessment and is court ordered to do so, it is respectfully recommended that his supervised release be modified to include mental health treatment in light of his identified mental health disorder and his acknowledgment that he self-medicates by using marijuana. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Dwayne K. Benfield　　　　　　　　　　　　/s/ Lakesha H. Wright
Dwayne K. Benfield　　　　　　　　　　　　　　Lakesha H. Wright
Supervising U.S. Probation Officer　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　306 East Main Street, Room 306
　　　　　　　　　　　　　　　　　　　　　　　Elizabeth City, NC 27909-7909
　　　　　　　　　　　　　　　　　　　　　　　Phone: 252-335-5507
　　　　　　　　　　　　　　　　　　　　　　　Executed On: October 3, 2016

Darren Antonio Griffin
Docket No. 2:05-CR-13-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this  3   day of  October   , 2016, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge