UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. v. Darren Antonio Griffin**　　　　　　　　　　　　　　　　　　　　**Docket No. 2:05-CR-13-1BO**

**Petition for Action on Supervised Release**

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Darren Antonio Griffin, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 2, 2006, to the custody of the Bureau of Prisons for a term of 150 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Darren Antonio Griffin was released from custody on April 26, 2016, at which time the term of supervised release commenced.

On October 3, 2016, a Petition for Action was submitted to the court advising that a urine specimen collected from the defendant on September 23, 2016, was determined by the laboratory to be positive for marijuana. It was also noted that Griffin admitted to using marijuana approximately one week prior to September 23, 2016, and that he reportedly used marijuana to manage the mood swings associated with his bipolar disorder. As a result of the violation, the defendant's supervised release was modified to include mental health treatment. Griffin is currently participating in mental health and substance abuse treatment with PORT Human Services in Elizabeth City, North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 16, 2017, Griffin submitted to an instant urine screen which tested positive for marijuana. The national laboratory confirmed the result on February 22, 2017. Griffin admitted to using marijuana two weeks prior to February 16, 2017, and signed a statement regarding his use. As sanctions for the defendant's conduct, we are respectfully recommending that he be ordered to serve 2 days incarceration in the Bureau of Prisons and that he be ordered to participate in the DROPS Program. Griffin signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office, and shall abide by all rules and regulations of the designated facility.

2. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant shall begin at the Second Use level.

Darren Antonio Griffin
Docket No. 2:05-CR-13-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Lakesha H. Wright
Lakesha H. Wright
U.S. Probation Officer
306 East Main Street, Room 306
Elizabeth City, NC 27909-7909
Phone: 252-335-5507
Executed On: February 27, 2017

### ORDER OF THE COURT

Considered and ordered this __27__ day of __February__, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge